# Proceeding Minutes / Proceeding Memo

**Case #:** 23-50837  **Case Name:** Rachel Elizabeth Zeigler

**Set:** 10/16/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter**  Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 9/11/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 10/2/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #39)

Response filed by the Debtor (Dkt. #40)

---

Minute Entry Re: (related document(s): [39] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 10/30/2025. Email received from Cuntz's office. (mcc)